SIDNEY CLARK #72689
Name

NORTON CORRECTIONAL FACILITY

P.O. BOX 546 NORTON, KS 67654
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| SIDNEY W. CLARK, Plantiff<br>*(Full Name)*<br><br>V.<br><br>AMANDA FLORES, Defendant(s)<br>JANE DOE | CASE NO. 23-3187-JWL<br>*(To be supplied by the Clerk)*<br><br>AMENDED<br>CIVIL RIGHTS COMPLAINT<br>PURSUANT TO 42 U.S.C.<br>§1983 |
|---|---|

### A. JURISDICTION

1) SIDNEY CLARK, is a citizen of KANSAS
   *(Plaintiff)*                    *(State)*

   who presently resides at NORTON CORRECTIONAL FACILITY
   *(Mailing address or place of confinement.)*

2) Defendant AMANDA FLORES is a citizen of
   *(Name of first defendant)*

   DON'T KNOW, and is employed as
   *(City, State)*

   CHIEF CLERK OF RENO COUNTY DISTRICT COURT. At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

   DISTRICT COURT CLERKS IN KANSAS ARE STATE OFFICIALS

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983            1

3) Defendant __JANE DOE__ is a citizen of
   *(Name of second defendant)*

   __DON'S KNOW__, and is employed as
   *(City, state)*

   __DEPUTY CLERK OF THE DISTRICT COURT__. At the time the
   *(Position and title, if any)*

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

   __DISTRICT COURT CLERKS IN KANSAS ARE STATE OFFICIALS__

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   SIDNEY CLARK SENT DOCUMENTS TO THE RENO COUNTY DISTRICT COURT CLERKS OFFICE VIA MAIL AND REQUESTED THOSE DOCUMENTS TO BE FILED. JANE DOE, DEPUTY CLERK OF THE DISTRICT COURT ON MARCH 28TH, 2023, WROTE AN ANSWER TO SIDNEY CLARK EXPLAINING THE DOCUMENTS HE REQUESTED WERE RECIEVED AND ARE BEING RETURNED TO HIM UNFILED.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __FIRST AMENDMENT : ACCESS TO THE COURTS__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

UNFILED DOCUMENTS BY THE DEPUTY CLERK OF THE DISTRICT COURT OR THE PERSON RESPONSIBLE FOR THE LETTER DATED MARCH 28, 2023, DEPRIVED SIDNEY CLARK OF THE OPPORTUNITY TO REQUEST A COURT DATE AND TO LITIGATE ANY ISSUE

B) (1) Count II: __FOURTEENTH AMENDMENT : DUE PROCESS CLAUSE__

(2) Supporting Facts: THE RETURNING OF UNFILED DOCUMENTS TO SIDNEY CLARK DEPRIVED HIM OF HIS RIGHT IN THE MATTER AND ISSUES THAT MAY HAVE BEEN PRESERVED ARE LOST ISSUES FOR LATER DATES.

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

      _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      _____

   d) Issues raised _____

      _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

SENT A NOTICE OF CLAIM TO THE HUTCHINSON CITY CLERK REQUESTED TO BE FILED. NO RESPONSE.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

CONSTITUTIONAL RIGHTS AS A CITIZEN OF THE UNITED STATES, AND PURSUANT TO K.S.A. 60-3701(e)(f), PURSUING FIVE MILLION DOLLARS FROM THE DEFENDANTS.

_____        _/s/ John W. Clark_____
Signature of Attorney (if any)            Signature of Plaintiff

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983