IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SIDNEY W. CLARK,

    **Plaintiff,**

    v.                                            CASE NO. 23-3187-JWL

RON SELLERS, et al.,

    **Defendants.**

### ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the Norton Correctional Facility in Norton, Kansas. The Court granted Plaintiff leave to proceed *in forma pauperis*. On August 25, 2023, the Court entered a Memorandum and Order dismissing this case for failure to state a claim. (Docs, 7, 8). On September 5, 2023, the Court entered a Memorandum and Order (Doc. 10) denying Plaintiff's motion to reconsider. Plaintiff filed a Notice of Appeal (Doc. 11) on September 5, 2023. Plaintiff filed a motion for leave to appeal in forma pauperis (Doc. 12). The Court reviewed the motion and directed Plaintiff to show cause why the motion should not be denied for failure to provide the issues he intends to present on appeal and for failure to provide a six-month statement from his prison trust fund account. (Doc. 15.) Before the Court is Plaintiff's response to the show cause order (Doc. 16) and motion for leave to appeal in forma pauperis (Doc. 17).

Plaintiff's response includes the issues he intends to present on appeal, and his new motion for leave to appeal in forma pauperis includes his six-month account statement. The Court has reviewed Plaintiff's response, and for good cause shown,

**IT IS THEREFORE ORDERED** that Plaintiff's motion for leave to appeal in forma pauperis (Doc. 17) is **granted**. The Court assesses an initial partial appellate filing fee of $37.84,

calculated under 28 U.S.C. § 1915(b)(1).  Plaintiff is granted to and including **October 6, 2023**, to submit the fee.  Any objection to this order must be filed on or before the date payment is due.  The failure to pay the fee as directed may result in the dismissal of the appeal without further notice.  Plaintiff remains obligated to pay the remainder of the $505.00 filing fee.  The agency having custody of Plaintiff shall forward payments from Plaintiff's account in installments calculated under 28 U.S.C. § 1915(b)(2).  The clerk is to transmit a copy of this order to Plaintiff, to the finance office at the institution where Plaintiff is currently confined, to the Court's finance office, and to the Tenth Circuit Court of Appeals.

**IT IS FURTHER ORDERED** that Plaintiff's original motion for leave to appeal in forma pauperis (Doc. 12) is **denied as moot.**

**IT IS SO ORDERED**.

Dated September 22, 2023, in Kansas City, Kansas.

                                              **S/ John W. Lungstrum**
                                              **JOHN W. LUNGSTRUM**
                                              **UNITED STATES DISTRICT JUDGE**